```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  LINDA C. HARTER, CA Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  TIFFANY MENCONI
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:12-CR-00179-CKD |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CONTINUING |
|  | ) BENCH TRIAL |
| TIFFANY MENCONI, | ) |
| Defendant. | ) Date: OCTOBER 22, 2012 |
|  | ) Time: 9:30 a.m. |
| _____ | ) Judge: Hon. Carolyn K. Delaney |

The parties, through their respective attorneys, hereby stipulate and agree to continue the currently scheduled bench trial in this case from August 27, 2012 to October 22, 2012, at 9:30 a.m. Additional time is needed for new defense counsel to take over the case, research possible defenses, and conduct continued plea negotiations.

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: August 9, 2012

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
TIFFANY MENCONI

Dated: August 9, 2012

                                    /s/ Jeffrey A. Spivak
                                    JEFFREY A. SPIVAK
                                    Special Assistant U.S. Attorney

---------------

    Pursuant to the stipulation of the parties and for the reasons stated therein, IT IS HEREBY ORDERED that the bench trial in this case be continued from August 27, 2012, to October 22, 2012, at 9:30 a.m.

Dated:  August 10, 2012

                                    /s/ Carolyn K. Delaney
                                    CAROLYN K. DELANEY
                                    United States Magistrate Judge