```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   REBECCA A. KELLY
4  Certified Student Attorney
   801 I Street, 3rd Floor
5  Sacramento, California 95814
   Telephone (916) 498-5700
6
   Attorney for Defendant
7  TIFFANY A. MENCONI
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-mj-00179-CKD |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO VACATE THE BENCH TRIAL AND SET A CHANGE OF PLEA AND SENTENCING |
| v. | ) | |
| TIFFANY A. MENCONI, | ) | |
| Defendant. | ) | Date: November 15, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. Carolyn K. Delaney |

The United States Attorney through his respective counsel, JEFFREY A. SPIVAK, Special Assistant United States Attorney, and LINDA C. HARTER, attorney for TIFFANY A. MENCONI, and Certified Student Attorney, REBECCA A. KELLY, hereby stipulate to vacate the bench trial set for October 22, 2012 at 9:30 a.m. and set for a change of plea and sentencing.

Accordingly, the parties jointly request that a change of plea and sentencing hearing be scheduled for November 15, 2012 at 9:30 a.m. before Magistrate Judge Carolyn K. Delaney.

| | |
|---|---|
| Dated: October 11, 2012 | Respectfully submitted, |
| | DANIEL J. BRODERICK<br>Federal Defender |
| | /s/ Linda Harter<br>LINDA HARTER<br>Chief Assistant Federal Defender<br>Attorney for Defendant<br>TIFFANY A. MENCONI |
| | /s/ Rebecca A. Kelly<br>REBECCA A. KELLY<br>Certified Student Attorney |
| Dated: October 11, 2012 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Jeffrey A. Spivak<br>JEFFREY A. SPIVAK<br>Special Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED.

DATED: October 12, 2012          /s/ Carolyn K. Delaney
                                 HON. CAROLYN K. DELANEY
                                 United States Magistrate Judge

2